UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC.,

Plaintiffs,

-v.-

ARKJOORY, BEGIOL TTC, COMELO, DALULU, EANTBX, ENSHISHIYINLUSHANGMAOYOUXIANGONGSI, FLORLIFE, GOZUAZ, GSHUAI, GUIZHOULUOYUSHANGMAOYOUXIANGONGSI, LAIXIAOFANG, MAGICEB, QUALITY IS GREATER THAN LIFE, QUJINGYONGZHENGDIANZISHANGWUYOUXIANGONGSI, RED AXIS, SAKURO, SANYASHIBIANXUAN, SHENNANYI, SHIYANJUNQISHANGMAOYOUXIANGONGSI, SONKKA, TENSHON, INC., TONGYANGUI, U HAUL CO OF ALABAMA INC, UK-POP, WANGRENBO, YANGYIJIANG8689, 剑维贸易有限公司 a/k/a JIANWEI TRADING CO., LTD., and 嘉健商行中心 a/k/a JIAJIAN COMMERCIAL CENTER,

Defendants.

23 Civ. 9232 (KPF)

**UNSEALING ORDER**

---

KATHERINE POLK FAILLA, District Judge:

The Court hereby ORDERS that this Action be unsealed, and that the Clerk of Court upload all documents filed to date onto the Court's Electronic Case Filing system.

SO ORDERED.

Dated:   November 15, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge