Sealing Envelope Cover Sheet for Highly Sensitive Documents (HSD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

                    Plaintiff                     Case No:

-against-                     SEALING ENVELOPE COVER SHEET
                                                          FOR HIGHLY SENSITIVE DOCUMENT

                   Defendant

_____

Submitted By:

Plaintiff:                        Defendant:

Attorney's Name:

Firm Name:

Address:

City:                           State:                        Zip:

Phone Number:

Contents of Envelope:


Order Dated:

*Katherine Polk Failla* (signature)

U.S.D.J./~~U.S. MAGISTRATE JUDGE~~

RECEIVED BY:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED AND TREASURE STUDIO INC., <br><br> Plaintiffs, <br><br> -v.- <br><br> ARKJOORY, BEGIOL TTC, COMELO, DALULU, EANTBX, ENSHISHIYINLUSHANGMAOYOUXIANGONGSI, FLORLIFE, GOZUAZ, GSHUAI, GUIZHOULUOYUSHANGMAOYOUXIANGONGSI, LAIXIAOFANG, MAGICEB, QUALITY IS GREATER THAN LIFE, QUJINGYONGZHENGDIANZISHANGWUYOUXIANGONGSI, RED AXIS, SAKURO, SANYASHIBIANXUAN, SHENNANYI, SHIYANJUNQISHANGMAOYOUXIANGONGSI, SONKKA, TENSHON, INC., TONGYANGUI, U HAUL CO OF ALABAMA INC, UK-POP, WANGRENBO, YANGYIJIANG8689, 剑维贸易有限公司 a/k/a JIANWEI TRADING CO., LTD. and 嘉健商行中心 a/k/a JIAJIAN COMMERCIAL CENTER, <br><br> Defendants. | 23 Civ. 9232 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 20, 2023, this Court issued 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery against Defendants, Third Party Service Providers, and Financial Institutions.  In that Order, the Court set a preliminary hearing date of November 2, 2023, at 10:00 a.m.  Due to a

scheduling conflict with an ongoing trial, the Court now ADJOURNS such hearing to **November 14, 2023**, at **4:00 p.m.**

    SO ORDERED.

Dated:  November 1, 2023
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge



**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

November 1, 2023

**VIA E-MAIL**
Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Moonbug Entertainment Limited, et al. v. ARKJOORY, et al.*
      Case No. 23-cv-9232 (**KPF**)
      **Request to Extend TRO**

Dear Judge Failla,

We represent Moonbug Entertainment Limited and Treasure Studio Inc. ("Plaintiffs"), in the above-referenced matter (the "Action").[1] On October 20, 2023, Plaintiffs filed this Action and their Application under seal. On the same day, October 20, 2023, the Court granted Plaintiffs' Application and entered the Temporary Restraining Order ("TRO"), which scheduled a show cause hearing for November 2, 2023, at 10:00 a.m. ("Show Cause Hearing"). On November 1, 2023, the Court entered an Order adjourning the Show Cause Hearing to November 14, 2023, at 4:00 p.m.

As it currently stands, the TRO is set to expire on November 3, 2023. *See* Fed. R. Civ. P. 65(b)(2). Given the Court's modification of the Show Cause Hearing date, Plaintiffs respectfully request the Court extend the TRO to the new date of the Show Cause Hearing on Plaintiffs' Application.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:  /s/ Gabriela N. Nastasi
Gabriela N. Nastasi
gnastasi@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiffs' Complaint or Application.

Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*

```
Application GRANTED.

Dated:     November 2, 2023           SO ORDERED.
           New York, New York
```



```
                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```